# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                **Case No. 4:16-cr-00003-01 KGB**

**DAMIAN O'NEAL MITCHELL**                                         **DEFENDANT**

## ORDER

Before the Court is the United States' motion to dismiss indictment, superseding indictment, and the second superseding indictment now pending against defendant Damian O'Neal Mitchell (Dkt. No. 257). The United States' motion to dismiss indictment, superseding indictment, and the second superseding indictment is granted, and the indictment, superseding indictment, and the second superseding indictment now pending against Mr. Mitchell are hereby dismissed.

It is so ordered this 22nd day of August, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge