# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                        Case No. 4:16-cr-00003-01 KGB

DAMIAN O'NEAL MITCHELL                                  DEFENDANT

## ORDER

Before the Court is the United States' motion to dismiss indictment, superseding indictment, and the second superseding indictment now pending against defendant Damian O'Neal Mitchell (Dkt. No. 257). The United States' motion to dismiss indictment, superseding indictment, and the second superseding indictment is granted, and the indictment, superseding indictment, and the second superseding indictment now pending against Mr. Mitchell are hereby dismissed.

It is so ordered this 22nd day of August, 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge